UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

INTERNATIONAL UNION OF
OPERATING ENGINEERS,
STATIONARY ENGINEERS, LOCAL 39,

       Petitioner,

  v.

NATIONAL LABOR RELATIONS
BOARD,

       Respondent,

----------------------------------------

MACY'S INC.,

       Intervenor.

No. 23-124

NLRB No.
20-CA-270047

ORDER

MACY'S INC.,

       Petitioner,

  v.

NATIONAL LABOR RELATIONS
BOARD,

       Respondent,

----------------------------------------

INTERNATIONAL UNION OF
OPERATING ENGINEERS,

No. 23-150
NLRB No.
20-CA-270047

STATIONARY ENGINEERS, LOCAL 39,

      Intervenor.

---

NATIONAL LABOR RELATIONS BOARD,

      Petitioner,

  v.

MACY'S INC.,

      Respondent,

----------------------------------------

INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS, LOCAL 39,

      Intervenor.

No. 23-188
NLRB No.
20-CA-270047

Before: WALLACH, NGUYEN, and BUMATAY, Circuit Judges.[*]

Macy's motion for leave to file a reply to the responses to its petition for rehearing en banc is GRANTED.

---

     [*]    The Honorable Evan J. Wallach, United States Circuit Judge for the Federal Circuit, sitting by designation.